**Dismissed and Memorandum Opinion filed November 30, 2023.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00393-CV

---

**JAMES L. MENEFEE, Appellant**

**V.**

**PROSPER HOUSE BUYERS AND MICHAEL MORIN, Appellees**

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1201752**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed May 22, 2023. The clerk's record was filed June 8, 2023. No brief was filed.

On September 7, 2023, we issued an order stating that unless appellant filed a brief on or before October 9, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.1(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.